# Exhibit A

| Date | In/Out | Type | From | From Location | To | To Location | Incoming Amount | Outgoing Amount | Transfer To | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/27/2009 | Incoming | CASH | Customer Deposit | | | | $ 50.00 | | | |
| 8/7/2009 | Incoming | Wire | EPOCH | Santa Monica, CA | | | $240,344.01 | | | |
| 8/11/2009 | Incoming | Wire | 1/B S CARD SERVICE GMBH | Frankfort, Germany | | | $151,117.86 | | | |
| 8/14/2009 | Incoming | Wire | EPOCH | Santa Monica, CA | | | $217,227.54 | | | |
| 8/17/2009 | Incoming | ACH | WEB TRANS_ 4375 | | | | $58,202.19 | | | |
| 8/18/2009 | Incoming | Wire | 1/B S CARD SERVICE GMBH | Frankfort, Germany | | | $178,771.77 | | | |
| 8/21/2009 | Incoming | Wire | EPOCH | Santa Monica, CA | | | $222,797.67 | | | |
| 8/25/2009 | Incoming | Wire | 1/B S CARD SERVICE GMBH | Frankfort, Germany | | | $177,197.98 | | | |
| 8/28/2009 | Incoming | Wire | EPOCH | Santa Monica, CA | | | $252,736.43 | | | |
| 8/28/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $149,996.04 | | | |
| 8/28/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $23,540.46 | | | |
| 8/28/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $23,374.14 | | | |
| 9/1/2009 | Incoming | ACH | WEB TRANS_ 4375 | | | | $50,111.85 | | | |
| 9/1/2009 | Incoming | Wire | B/O/O REF CAL INT'L | Tel Aviv, Israel | | | $171,718.61 | | | |
| 9/1/2009 | Incoming | Wire | 1/B S CARD SERVICE GMBH | Frankfort, Germany | | | $168,134.55 | | | |
| 9/1/2009 | Outgoing | Wire | | | Method LLC | Surprise, AZ | | $400,000.00 | | |
| 9/1/2009 | Outgoing | Wire | | | Method LLC | Surprise, AZ | | $200,000.00 | | |
| 9/2/2009 | Incoming | Wire | CAL INT'L | Tel Aviv, Israel | | | $1,882,281.58 | | | |
| 9/3/2009 | Incoming | Wire | CAL INT'L | Israel | | | $179,188.45 | | | |
| 9/4/2009 | Incoming | Wire | EPOCH | Santa Monica, CA | | | $238,179.76 | | | |
| 9/4/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $80,082.96 | | | |
| 9/4/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $25,930.08 | | | |
| 9/4/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $12,268.32 | | | |
| 9/4/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $11,423.24 | | | |
| 9/4/2009 | Outgoing | Wire | | | Method LLC | Surprise, AZ | | $500,000.00 | | |
| 9/9/2009 | Incoming | Wire | CAL INT'L | Tel Aviv, Israel | | | $607,953.68 | | | |
| 9/9/2009 | Incoming | Wire | 1/B S CARD SERVICE GMBH | Frankfort, Germany | | | $181,442.09 | | | |
| 9/9/2009 | Outgoing | Wire | TOPS FX PROCESSING & RECONCILEMENT | Concord, CA | | | $46,836.00 | | | |
| 9/10/2009 | Outgoing | Wire | | | Method LLC | Surprise, AZ | | $750,000.00 | | |
| 9/11/2009 | Incoming | Wire | EPOCH | Santa Monica, CA | | | $243,666.09 | | | |
| 9/11/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $86,332.98 | | | |
| 9/11/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $9,286.12 | | | |
| 9/11/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $9,650.29 | | | |
| 9/14/2009 | Outgoing | Wire | | | Method LLC | Surprise, AZ | | $500,000.00 | | |
| 9/14/2009 | Incoming | Wire | WEB TRANS_ 4375 | | | | $53,848.34 | | | |
| 9/15/2009 | Incoming | ACH | 1/B S CARD SERVICE GMBH | Frankfort, Germany | | | $206,627.38 | | | |
| 9/15/2009 | Outgoing | Wire | | | Method LLC | Surprise, AZ | | $500,000.00 | | |
| 9/16/2009 | Incoming | Wire | EPOCH | Santa Monica, CA | | | $785,352.64 | | | |
| 9/18/2009 | Incoming | Wire | CAL INT'L | Tel Aviv, Israel | | | $193,654.65 | | | |
| 9/18/2009 | Incoming | Wire | ISRAEL DISCOUNT BANK LTD | Tel Aviv, Israel | | | $84,327.32 | | | |
| 9/18/2009 | Incoming | Wire | ISRAEL DISCOUNT BANK LTD | Tel Aviv, Israel | | | $63,357.59 | | | |
| 9/18/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $13,570.89 | | | |
| 9/18/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $8,604.14 | | | |
| 9/18/2009 | Outgoing | Wire | | | Method LLC | Surprise, AZ | | $750,000.00 | | |
| 9/22/2009 | Outgoing | Wire | | | Method LLC | Surprise, AZ | | $500,000.00 | | |
| 9/22/2009 | Incoming | Wire | 1/B S CARD SERVICE GMBH | Frankfort, Germany | | | $189,406.39 | | | |
| 9/22/2009 | Outgoing | Transfer | | | Account 0160010878 | Premium Services LLC | | | $100,000.00 | |


GOVERNMENT EXHIBIT A

Exhibit A

| Date | In/Out | Type | From | From Location | To | To Location | Incoming Amount | Outgoing Amount | Transfer To | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/23/2009 | Incoming | Wire | CAL INT'L | Tel Aviv, Israel | | | $623,967.74 | | | |
| 9/23/2009 | Incoming | Wire | ISRAEL DISCOUNT BANK LTD | Tel Aviv, Israel | | | $56,271.90 | | | |
| 9/23/2009 | Incoming | Wire | ISRAEL DISCOUNT BANK LTD | Tel Aviv, Israel | | | $68,122.68 | | | |
| 9/25/2009 | Incoming | Wire | EPOCH | Santa Monica, CA | | | $20,196.53 | | | |
| 9/25/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $97,589.19 | | | |
| 9/25/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $14,228.22 | | | |
| 9/25/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $13,697.43 | | | |
| 9/25/2009 | Outgoing | Web Transfer | | | Account 016001 0878 | | | | $1,000,000.00 | |
| 9/29/2009 | Incoming | Wire | 1/B S CARD SERVICE GMBH | Frankfort, Germany | | | $215,327.35 | | | |
| 9/29/2009 | Outgoing | Wire | | | Webtracker Solutions Inc | Montreal, QC, Canada | | $200.00 | | $ 45.00 Int'l Wire |
| 9/29/2009 | Outgoing | Wire | | | Mansef, Inc | Montreal, QC, Canada | | $100.00 | | $ 45.00 Int'l Wire |
| 9/30/2009 | Incoming | Wire | CAL INT'L | Tel Aviv, Israel | | | $673,091.35 | | | |
| 9/30/2009 | Outgoing | Wire | | | RBC Dominion Securities | Montreal, QC, Canada | | $500.00 | | $ 45.00 Int'l Wire |
| 10/1/2009 | Incoming | ACH | WEB TRANS_ 4375 | | | | $50,363.82 | | | |
| 10/1/2009 | Incoming | Wire | MIZRAHI TEFAHOT BANK LTD | Ramat Gan, Israel | | | $59,413.03 | | | |
| 10/1/2009 | Incoming | Wire | ISRAEL DISCOUNT BANK LTD | Tel Aviv, Israel | | | $44,891.03 | | | |
| 10/2/2009 | Incoming | Wire | EPOCH | Santa Monica, CA | | | $226,160.28 | | | |
| 10/2/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $89,057.03 | | | |
| 10/2/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $15,181.38 | | | |
| 10/2/2009 | Incoming | Wire | PAYGEA LTD | Tel Aviv, Israel | | | $13,270.93 | | | |
| | | | | | | | * $9,460,105.07 | $4,100,800.00 | $ 1,100,000.00 | $ 135.00 |

* This figure represents the total amount of the incoming transactions less a $50 cash deposit on 7/27/09 and four ACH transactions on 8/17/09, 9/1/09, 9/15/09 and 10/1/09