**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 1:09-CV-3371-JEC |
| | : | |
| $5,282,495.03 SEIZED FROM | : | |
| FIDELITY BANK ACCOUNT | : | |
| X-0691; and $1,100,957.44 SEIZED | : | |
| FROM FIDELITY BANK | : | |
| ACCOUNT X-078 | : | |
| | : | |
| Defendants. | : | |

**CLAIMANT MANSEF INC.'s CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1)    The undersigned counsel of record for a party to this action certifies that

the following is a full and complete list of all parties in this action,

including any parent corporation and any publicly held corporation that

owns 10% or more of the stock of a party:

a.    Mansef, Inc.

b.    Premium Services, LLC

(2)    The undersigned further certifies that the following is a full and complete

list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a.      Mansef, Inc.

b.      Premium Services, LLC

c.      Stephane Manos

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a.      United States of America

      i.      Special Assistant United States Attorney Mary F. Kruger

b.      Mansef, Inc.

      i.      Susan K. Ross, Esq. (pro hac vice application pending)

     ii.      Kyle G.A. Wallace, Esq.

c.      Premium Services, LLC

      i.      Mitchell S. Fuerst, Esq. (pro hac vice application forthcoming)

     ii.      Andrew S. Ittleman, Esq. (pro hac vice application forthcoming)

    iii.      Peter D. Coffman, Esq.

    iv.      Lesli Gaither, Esq.

2

Respectfully submitted, this 21st day of January, 2010.

/s/ Kyle G.A. Wallace
Kyle G.A. Wallace
Georgia Bar No. 734167
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000
(404) 881-7777 (*Facsimile*)
kyle.wallace@alston.com

*Of counsel*:

Susan K. Ross, Esq.
Mitchell Silberberg & Knupp LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064
(310) 312-3206
(310) 231-8406 (*Facsimile*)
skr@msk.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 1:09-CV-3371-JEC |
| | : | |
| $5,282,495.03 SEIZED FROM | : | |
| FIDELITY BANK ACCOUNT | : | |
| X-0691; and $1,100,957.44 SEIZED | : | |
| FROM FIDELITY BANK | : | |
| ACCOUNT X-078 | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the CLAIMANT MANSEF INC.'s CERTIFICATE OF

INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

was prepared in Times New Roman 14 point font, double-spaced, with a top

margin of not less than 1.5 inches and a left margin of not less than 1 inch.

This 21st day of January, 2010.

/s/ Kyle G.A. Wallace
Kyle G.A. Wallace
Georgia Bar No. 734167
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000
(404) 881-7777 (*Facsimile*)
kyle.wallace@alston.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date electronically filed the within and

foregoing **CLAIMANT MANSEF INC.'s CERTIFICATE OF INTERESTED**

**PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk

of Court using the CM/ECF system, which will automatically send email

notification of such filing to the following attorneys of record:

> AUSA Mary Kruger
> 75 Spring Street, S.W., Suite 600
> Atlanta, GA 30303
> mary.kruger@usdoj.gov

This 21st day of January, 2010.

/s/ Kyle G.A. Wallace