```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION

UNITED STATES OF AMERICA,        :
                                 :
     Plaintiff,                  :
                                 :
v.                               :  CIVIL NO. 1:09-CV-3371-JEC
                                 :
$5,282,495.03 SEIZED FROM        :
FIDELITY ACCOUNT X-0691, et al.,:
                                 :
     Defendants.                 :
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2010, I prepared the Plaintiff's First Set of Interrogatories to Claimant Mansef, Inc., in compliance with Local Rule 5.1, NDGa., using Courier New 12 point type and have this day electronically filed this accompanying Certificate of Service with the Clerk of Court using the CM/ECF system. I also certify that I sent copies of this document to the following participants by U.S. mail:

Kyle G. A. Wallace
Alston & Bird, LLP
1201 W. Peachtree St.
Atlanta, GA 30309-3424

Peter D. Coffman
Lesli N. Gaither
DOW LOHNES, PLLC
Six Concourse Pkwy, Ste 1800
Atlanta, GA 30328

Andrew S. Ittleman
Mitchell S. Fuerest
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Dr, Ste 2002
Miami, FL 33131

Susan K. Ross
Mitchell, Silberberg & Knupp
11377 W. Olympic Blvd.
Los Angeles, CA 90064

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*/s/ Mary F. Kruger*
MARY F. KRUGER
ASSISTANT U.S. ATTORNEY
Ga Bar No.: 244607
75 Spring Street, S.W., Suite 600
Atlanta, GA 30303
Mary.Kruger@usdoj.gov