IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 1:09-CV-3371-JEC |
| | : | |
| $5,282,495.03 SEIZED FROM FIDELITY BANK ACCOUNT X-0691; and $1,100,957.44 SEIZED FROM FIDELITY BANK ACCOUNT X-078 | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**CLAIMANTS, MANSEF, INC. AND PREMIUM SERVICES LLC'S, UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES**

The Claimants, Mansef, Inc. and Premium Services LLC, through their respective counsel, respectfully file this motion, pursuant to Local Rule 7.1 of the Northern District of Georgia, and Rules 33 and 34, Fed.R. Civ. P., for an extension of the discovery schedule in this case by 30 days. In support of this motion Claimants state the following:

1.  Plaintiff United States served Requests for Production of Documents dated May 14, 2010 on Claimants Mansef, Inc. and Premium Services LLC. Plaintiff served interrogatories on Claimants on June 14, 2010. Likewise, Claimants served Requests for Production of Documents and Interrogatories on the Plaintiff on May 17, 2010.

1

2. Pursuant to Rules 33 and 34, Fed. R. Civ. P. responses to a Request for Production of Documents and Interrogatories are due within 30 days after being served, unless otherwise stipulated by the parties or ordered by the Court.

3. Claimants require additional time to respond to Plaintiff's Request for Production and Interrogatories. Plaintiff's Requests for Production request voluminous documentation covering a multi-year period in many instances. Logistically, making a diligent search for responsive documentation is complicated by the fact that Premium Services LLC does not currently have employees, and Mansef, Inc. recently sold much of its operations to a third party. Additional time is needed to properly prepare responses to the Requests for Production and Answers to Interrogatories. Claimants require an additional 30 days to respond to the Plaintiff's discovery requests.

4. Counsel for the Claimants and the Plaintiff have been in communication about stipulating to an extension of time to respond to Plaintiff's Request for Production and Interrogatories. The Plaintiff has no objection to stipulating to an extension of 30 days for Claimants to respond to the Plaintiff's Request for Production of Documents on the condition that Claimants obtain an extension of the discovery schedule entered in this case

by 30 days as well. Claimants have no objection to an extension of the discovery schedule by 30 days.

5.  In this Court's Order dated April 6, 2010 (See D.E. No. 46), the Court stated that discovery would last 4 months, or until August 27, 2010. However, it is also stated that "(t)he Court will extend discovery for an additional two (2) months if that becomes necessary." The Claimants submit that it is necessary to extend the discovery schedule by 30 days.

## **Memorandum of Law**

6.  Pursuant to Rule 34, Fed. R. Civ. P., "a party to whom the request is directed must respond in writing within 30 days after being served. A shorter or longer time may be stipulated to under Rule 29, or be ordered by the Court." Rule 33, Fed. R. Civ. P. states that a party must serve its answers and objections to interrogatories within 30 days after being served, but that "a shorter or longer time may be stipulated to under Rule 29, or be ordered by the Court".

7.  Counsel for Claimants communicated with counsel for Plaintiff, AUSA Mary Kruger who stated the Plaintiff does not oppose the relief requested herein.

WHEREFORE, Claimants Mansef, Inc., and Premium Services LLC respectfully request an entry of an order extending the discovery deadline in this case by 30 days, or until September 27, 2010.

Respectfully Submitted,

| | |
|---|---|
| */s/ Lesli N. Gaither* | */s/Kyle G.A. Wallace* |
| Lesli N. Gaither | Kyle G.A. Wallace |
| Georgia Bar No. 621501 | Georgia Bar No. 734167 |
| Dow Lohnes PLLC | ALSTON & BIRD LLP |
| Six Concourse Parkway | 1201 West Peachtree Street |
| Suite 1800 | Atlanta, Georgia 30309-3424 |
| Atlanta, Georgia 30328 | Telephone: (404) 881-7000 |
| Telephone: (770) 901-8800 | Facsimile: (404) 881-7777 |
| Facsimile: (770) 901-8824 | |
| | |
| /s/ *Andrew S. Ittleman* | */s/Susan K. Ross* |
| Mitchell S. Fuerst, Esq. | Susan K. Ross, Esq. |
| Florida Bar No. 264598 | Mitchell Silberberg & Knupp |
| Andrew S. Ittleman, Esq. | Counsel for Claimant Mansef Inc. |
| Florida Bar No. 802441 | 11377 W. Olympic Blvd. |
| Fuerst Humphrey Ittleman, PL | Los Angeles, CA 9006 |
| 1001 Brickell Bay Drive, Suite 2002 | *Counsel for Claimant Mansef, Inc.* |
| Miami, FL  33131 | |
| Telephone: 305-350-5690 | |
| Facsimile: 305-371-8989 | |
| *Counsel for Claimant Premium Services, LLC* | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date electronically filed the within and foregoing Rule 26.3 Certificate (regarding Claimants, Mansef, Inc. and Premium Services LLC's, Unopposed Motion to Extend Discovery Deadlines) with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Mary Kruger,<br>Special Assistant U.S. Attorney<br>75 Spring Street S.W.<br>Suite 600<br>Atlanta, Georgia 30303<br>E-mail  mary.kruger@usdoj.gov | Susan K. Ross, Esq.<br>Mitchell Silberberg & Knupp<br>Counsel for Claimant Mansef Inc.<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 9006<br>Telephone: (310) 312-3206<br>Facsímile: (310) 231-8406<br>E-mail: skr@msk.com<br><br>Kyle G.A. Wallace<br>Georgia Bar No. 734167<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424 |

This 16th day of June 2010.

/s/ Lesli N. Gaither