IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO. 1:09-CV-3371-JEC |
| : | |
| $5,282,495.03 SEIZED FROM : | |
| FIDELITY BANK ACCOUNT : | |
| X-0691; and $1,100,957.44 SEIZED : | |
| FROM FIDELITY BANK : | |
| ACCOUNT X-078 : | |
| : | |
| Defendants. : | |

## RULE 26.3 CERTIFICATE

COMES NOW, Claimant Premium Services, LLC, pursuant to Rule 26.3 of the Local Rules of the United States District Court, Northern District of Georgia, and provides notice that counsel for Plaintiff was served this day, the 19th of July, 2010, a copy of **PREMIUM SERVICES LLC'S RESPONSES TO PLAINTIFF UNITED STATES OF AMERICA'S FIRST SET OF INTERROGATORIES** by electronic and United States Mail, postage prepaid and properly addressed as follows:

- 2 -

Assistant U.S. Attorney Mary Kruger
U.S. Dept. of Justice
75 Spring Street, S.W., Suite 600
Atlanta Georgia 30303
Mary.kruger@usdoj.gov

*/s/Lesli N. Gaither*
Lesli N. Gaither
Georgia Bar No. 621501
DOW LOHNES PLLC
Six Concourse Parkway
Suite 1800
Atlanta, Georgia 30328
Telephone: (770) 901-8800
Facsimile: (770) 901-8824

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 1:09-CV-3371-JEC |
| | : | |
| $5,282,495.03 SEIZED FROM FIDELITY BANK ACCOUNT X-0691; and $1,100,957.44 SEIZED FROM FIDELITY BANK ACCOUNT X-078 | : : : : : | |
| | : | |
| Defendants. | : | |

**<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1</u>**

I hereby certify that the foregoing RULE 26.3 CERTIFICATE was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

This 19th day of July, 2010.

*/s/Lesli N. Gaither*
Lesli N. Gaither
Georgia Bar No. 621501
DOW LOHNES PLLC
Six Concourse Parkway
Suite 1800
Atlanta, Georgia 30328
Telephone: (770) 901-8800
Facsimile: (770) 901-8824

# CERTIFICATE OF SERVICE

This is to certify that I have this date electronically filed the within and foregoing **RULE 26.3 CERTIFICATE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Assistant U.S. Attorney Mary Kruger
U.S. Dept. of Justice
75 Spring Street, S.W., Suite 600
Atlanta, Georgia 30303
Mary.kruger@usdoj.gov

Susan Kohn Ross
Mitchell Silberberg + Knupp LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
skr@msk.com

Kyle G.A. Wallace
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
kyle.wallace@alston.com

This 19th day of July, 2010.

             */s/ Lesli N. Gaither*