IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 1:09-CV-3371-JEC |
| | : | |
| $5,282,495.03 SEIZED FROM FIDELITY BANK ACCOUNT X-0691; and $1,100,957.44 SEIZED FROM FIDELITY BANK ACCOUNT X-078 | : | |
| | : | |
| Defendants. | : | |

## RULE 26.3 CERTIFICATE

COMES NOW, Claimant Mansef Inc. ("Mansef"), and pursuant to Rule 26.3 of the Local Rules of the United States District Court, Northern District of Georgia, and provides notice that counsel for Plaintiff was served this day, the 19th of July, 2010, a copy of **MANSEF INC.'S AMENDED RESPONSES AND OBJECTIONS TO UNITED STATES OF AMERICA'S FIRST REQUEST TO MANSEF FOR PRODUCTION OF DOCUMENTS (NOS. 1-54)** by electronic and United States Mail, postage prepaid and properly addressed as follows:

Assistant U.S. Attorney Mary Kruger
U.S. Dept. of Justice
75 Spring Street, S.W., Suite 600
Atlanta Georgia 30303
Mary.kruger@usdoj.gov

/s/*Kyle G.A. Wallace*
Kyle G.A. Wallace
Georgia Bar No. 734167
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
kyle.wallace@alston.com

Susan Kohn Ross
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-3206
Facsimile: (310) 231-8406
skr@msk.com

*Attorneys for Claimant Mansef Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           :<br>                                                           :<br>           Plaintiff,                              :<br>    v.                                                  :<br>                                                           :<br>$5,282,495.03 SEIZED FROM       :<br>FIDELITY BANK ACCOUNT         :<br>X-0691; and $1,100,957.44 SEIZED :<br>FROM FIDELITY BANK               :<br>ACCOUNT X-078                            :<br>                                                           :<br>           Defendants.                       : | CIVIL ACTION<br><br>NO. 1:09-CV-3371-JEC |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that the foregoing RULE 26.3 CERTIFICATE was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

This 19th day of July, 2010.

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000
(404) 881-7777 (*Facsimile*)
kyle.wallace@alston.com

/s/ Kyle G.A. Wallace
Kyle G.A. Wallace
Georgia Bar No. 734167
Attorney for Claimant Mansef Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date electronically filed the within and foregoing **RULE 26.3 CERTIFICATE** (regarding **MANSEF INC.'S AMENDED RESPONSES AND OBJECTIONS TO UNITED STATES OF AMERICA'S FIRST REQUEST TO MANSEF FOR PRODUCTION OF DOCUMENTS (NOS. 1-54))** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Assistant U.S. Attorney Mary Kruger
U.S. Dept. of Justice
75 Spring Street, S.W., Suite 600
Atlanta Georgia 30303
Mary.kruger@usdoj.gov

Susan Kohn Ross
Mitchell Silberberg + Knupp LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
skr@msk.com

Lesli N. Gaither
lgaither@dowlohnes.com
Peter D. Coffman, Esq.
pcoffman@dowlohnes.com
Dow Lohnes PLLC
Six Concourse Parkway
Suite 1800
Atlanta, Georgia 30328

- 5 -

Mitchell S. Fuerst
mfuerst@fuerstlaw.com
Andrew S. Ittleman
aittleman@fuerstlaw.com
Fuerst Ittleman PL
1001 Brickell Bay Drive, Suite 2002
Miami, Florida 33131

This 19th day of July, 2010.

    /s/ Kyle G.A. Wallace