---

## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

---

In the Matter of the Seizure of
(Address or brief description of property to be seized)

**SEIZURE WARRANT**

**The contents of two**
**Fidelity Bank accounts.**

CASE NUMBER: **10-1423 JKB**

TO: M. Lisa Ward, Special Agent, United States Immigration and Customs Enforcement, and any Authorized Officer of the United States:

An Affidavit having been made before me by M. Lisa Ward, Special Agent, United States Immigration and Customs Enforcement, who has reason to believe that in Norcross, Georgia, and elsewhere there is now certain property which is subject to forfeiture to the United States, namely
(describe the property to be seized)

> the contents of Fidelity Bank accounts ▇▇0878 and ▇▇0691
> in the name of Premium Services LLC, once located in Norcross,
> Georgia, but presently in the custody of the U.S. Department of
> the Treasury.

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and forfeiture and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY AUTHORIZED to seize within fourteen (14) days, the property specified, serving this warrant and making the seizure in the daytime - 6:00 AM to 10:00 PM - leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to any U.S. Magistrate Judge, as required by law.

Issued April 21, 2010, at Baltimore, Maryland, by
Date Issued

Honorable James K. Bredar
United States Magistrate Judge

GOVERNMENT
EXHIBIT
B

PENGAD 800-631-6989

10-1423 JKB

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____
United States Magistrate Judge

_____
Date