IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO. 1:09-CV-3371-JEC |
| v. | : |
| | : |
| $5,282,495.03 SEIZED FROM | : |
| FIDELITY BANK ACCOUNT X-0691; | : |
| AND $1,100,957.44 SEIZED | : |
| FROM FIDELITY BANK ACCOUNT | : |
| X-0878, | : |
| | : |
| Defendants. | : |

## JOINT MOTION FOR ENTRY OF A CONSENT STIPULATION AND PROTECTIVE ORDER

COMES NOW the United States of America and Claimants Mansef, Inc. and Premium Services, LLC (hereafter, collectively, "Claimants"), by and through counsel, and moves the Court for the entry of a Consent Stipulation and Protective Order. In support of this motion the parties state as follows:

1. On July 7, 2010, Claimants filed a motion for a protective order with the district court. [Doc. at 64].

2. On July 30, 2010, the Government filed a response in opposition to the Claimants' motion for a protective order, and in its response asked the Court to refer the parties to a magistrate judge for a mediation of this matter, in the hope that a mutually agreeable protective order could be obtained. [Doc. at 73].

3. On August 3, 2010, the district court entered an order referring the Claimants' motion for a protective order to a

magistrate judge to resolve the discovery dispute. [Doc. at 74]. At that time, this matter was referred to the Honorable Magistrate Judge Gerrilyn G. Brill.

4. Since the entry of the district court's order of August 3, 2010, the parties have continued negotiations over the entry of a protective order and reached a mutually agreeable proposed order. A copy of the proposed consent stipulation and protective order is attached hereto as Exhibit A.

5. The parties respectful request that the proposed consent stipulation and protective order be recommended and entered by the Court.

Respectfully submitted this 16th day of July, 2010.

Counsel for Plaintiff:

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_/s/ Mary F. Kruger_
MARY F. KRUGER
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 244607
75 Spring Street, S.W.
Suite 600
Atlanta, Georgia 30303
(404) 581-6168
mary.kruger@usdoj.gov

Counsel for Premium Services:

MITCHELL S. FUERST, ESQ.
ANDREW S. ITTLEMAN, ESQ.
FUERST ITTLEMAN, PL
1001 Brickell Bay Drive
Suite 2002
Miami, Florida 33131
(305) 350-5690
aittleman@fuerstlaw.com

LESLIE N. GAITHER
DOW LOHNES PLLC
Six Concourse Parkway
Suite 1800
Atlanta, Georgia 30328
(770) 901-8800
lgaither@dowlohnes.com

Counsel for Mansef, Inc.:

_____
SUSAN K. ROSS, ESQ.
MITCHELL SILBERBERG & KNUPP
11377 W. Olympic Blvd.
Los Angeles, CA
(310) 312-3206
skr@msk.com

_____
KYLE G.A. WALLACE
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, Georgia 30309
(404) 881-7000
kyle.wallace@alson.com