IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:09-CV-03371-JEC-GGB |
| $5,282,495.03 SEIZED FROM FIDELITY BANK ACCOUNT X-0691 and $1,100.957.44 SEIZED FROM FIDELITY BANK ACCOUNT X-0878, | |
| Defendants. | |

## **ORDER**

This case is before the Court on the parties' Joint Motion for Protective Order (Doc. 76). The proposed Protective Order appearing reasonable, the Court hereby **ADOPTS** the proposed Protective Order, with the exception that the Court **DIRECTS** that the first sentence of paragraph (3) be omitted and replaced with:

> In the event that a party wishes to use information or documents designated as confidential in any document, pleading or deposition transcript filed in pre-trial proceedings, the party shall submit a motion to the Court requesting to file such document, pleading or transcript (or part thereof containing Confidential Information) under seal, and showing good cause for sealing. If permission is granted, the document shall be filed under seal and maintained under seal by the Court, subject to further order.

AO 72A
(Rev.8/82)

Claimants Mansef Inc. and Premium Services, LLC's Joint Motion for Protective Order (Doc. 64) is **DENIED as moot**.

IT IS SO ORDERED this 17th day of August, 2010.

                                            _____
                                            GERRILYN G. BRILL
                                            UNITED STATES MAGISTRATE JUDGE