IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 1:09-CV-3371-JEC |
| v. | : | |
| | : | |
| $5,282,495.03 SEIZED FROM | : | |
| FIDELITY BANK ACCOUNT X-0691; | : | |
| AND $1,100,957.44 SEIZED | : | |
| FROM FIDELITY BANK ACCOUNT | : | |
| X-0878, | : | |
| | : | |
| Defendants. | : | |

**JOINT CONSENT MOTION FOR AN EXTENSION OF TIME**

COMES NOW the United States of America and Claimants Mansef, Inc. and Premium Services, LLC (hereafter, collectively, "Claimants"), by and through counsel, and moves the Court for the entry of an order extending the discovery period in this case until December 29, 2010. In support of this motion the parties state as follows:

1. This civil forfeiture action was filed on December 1, 2009. [Doc. at 1].

2. On June 17, 2010, this Court granted the first motion for an extension of the discovery period. [Doc. at 62]. On October 1, 2010, this Court granted a second motion for an extension of the discovery period. [Doc. at 80]. On October 29, 2010, this Court granted a third motion for an extension of the discovery period. [Doc. at 82]. The discovery period is currently set to expire on November 29, 2010.

3.   The parties have been actively engaged in settlement discussions, but as of today's date have not yet reached the terms of a final resolution.  As a result, the parties respectfully request another thirty day extension of the discovery period in this matter to and including December 29, 2010.  An extension of the discovery period will allow the parties to complete settlement discussions without incurring additional costs.

4.   Additionally, the parties respectfully request that the time to file motions for summary judgment be extended until thirty days after the end of the discovery period, to and including January 28, 2011.

5.   This request is being made prior to the expiration of the third extension granted by this Court.

Respectfully submitted this 29th day of November, 2010.

Counsel for Plaintiff:
SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*/s/ Mary F. Kruger*
MARY F. KRUGER
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 244607
75 Spring Street, S.W.
Suite 600
Atlanta, Georgia 30303
(404) 581-6168
mary.kruger@usdoj.gov

Counsel for Premium Services:

| | |
|---|---|
| */s/ Mitchell S. Fuerst* | */s/ Leslie N. Gaither* |
| MITCHELL S. FUERST, ESQ. | LESLIE N. GAITHER |
| ANDREW S. ITTLEMAN, ESQ. | DOW LOHNES PLLC |
| FUERST ITTLEMAN, PL | Six Concourse Parkway |
| 1001 Brickell Bay Drive | Suite 1800 |
| Suite 2002 | Atlanta, Georgia 30328 |
| Miami, Florida 33131 | (770) 901-8800 |
| (305) 350-5690 | lgaither@dowlohnes.com |
| aittleman@fuerstlaw.com | |

Counsel for Mansef, Inc.:

| | |
|---|---|
| */s/ Susan K. Ross* | *Kyle G.A. Wallace* |
| SUSAN K. ROSS, ESQ. | KYLE G.A. WALLACE |
| MITCHELL SILBERBERG & KNUPP | ALSTON & BIRD LLP |
| 11377 W. Olympic Blvd. | 1201 West Peachtree St. |
| Los Angeles, CA | Atlanta, Georgia 30309 |
| (310) 312-3206 | (404) 881-7000 |
| skr@msk.com | kyle.wallace@alson.com |