IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 1:09-CV-3371-JEC |
| v. | : | |
| | : | |
| $5,282,495.03 SEIZED FROM | : | |
| FIDELITY BANK ACCOUNT X-0691; | : | |
| AND $1,100,957.44 SEIZED | : | |
| FROM FIDELITY BANK ACCOUNT | : | |
| X-0878, | : | |
| | : | |
| Defendants. | : | |

**<u>JOINT CONSENT MOTION FOR AN EXTENSION OF TIME</u>**

COMES NOW the United States of America and Claimants Mansef, Inc. and Premium Services, LLC (hereafter, collectively, "Claimants"), by and through counsel, and moves the Court for the entry of an order extending the discovery period in this case until January 28, 2011.  In support of this motion the parties state as follows:

1. This civil forfeiture action was filed on December 1, 2009. [Doc. at 1].

2. On November 30, 2010, this Court granted the fourth motion for an extension of the discovery period and time to file summary judgment motions. [Doc. at 84]. The discovery period is currently set to expire on December 29, 2010. [<u>Id.</u>] The deadline for filing motions for summary judgment is currently set to expire on January 28, 2011. [<u>Id.</u>]

3. The parties have been actively engaged in settlement discussions. Although a final resolution has not been reached, the parties are in the process of negotiating the terms of such an agreement. As a result, the parties respectfully request another 30 day extension of the discovery period in this matter to and including January 28, 2011. An extension of the discovery period will allow the parties to complete settlement discussions without incurring additional costs.

4. Additionally, the parties respectfully request that the time to file motions for summary judgment be extended until 30 days after the end of the discovery period, to and including February 28, 2011.

5. This request is being made prior to the expiration of the fourth extension granted by this Court.

Respectfully submitted this 28th day of December, 2010.

Counsel for Plaintiff:
SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*/s/ Mary F. Kruger with permission G.Sachs*
MARY F. KRUGER
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 244607
75 Spring Street, S.W.
Suite 600
Atlanta, Georgia 30303
(404) 581-6168
mary.kruger@usdoj.gov

Counsel for Premium Services:

| | |
|---|---|
| */s/ Mitchell S. Fuerst* | */s/ Leslie N. Gaither* |
| MITCHELL S. FUERST, ESQ. | LESLIE N. GAITHER |
| ANDREW S. ITTLEMAN, ESQ. | DOW LOHNES PLLC |
| FUERST ITTLEMAN, PL | Six Concourse Parkway |
| 1001 Brickell Bay Drive | Suite 1800 |
| Suite 2002 | Atlanta, Georgia 30328 |
| Miami, Florida 33131 | (770) 901-8800 |
| (305) 350-5690 | lgaither@dowlohnes.com |
| aittleman@fuerstlaw.com | |

Counsel for Mansef, Inc.:

| | |
|---|---|
| */s/ Susan K. Ross* | *Kyle G.A. Wallace* |
| SUSAN K. ROSS, ESQ. | KYLE G.A. WALLACE |
| MITCHELL SILBERBERG & KNUPP | ALSTON & BIRD LLP |
| 11377 W. Olympic Blvd. | 1201 West Peachtree St. |
| Los Angeles, CA | Atlanta, Georgia 30309 |
| (310) 312-3206 | (404) 881-7000 |
| skr@msk.com | kyle.wallace@alson.com |