```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 1:09-CV-3371-JEC |
| v. | : | |
| | : | |
| $5,282,495.03 SEIZED FROM | : | |
| FIDELITY BANK ACCOUNT X-0691; | : | |
| AND $1,100,957.44 SEIZED | : | |
| FROM FIDELITY BANK ACCOUNT | : | |
| X-0878, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SETTLEMENT**

    1.   The United States of America and Claimants Mansef, Inc. and Premium Services, LLC hereby notify the Court that the parties have signed a settlement agreement.

    2.   Under the terms and conditions of the settlement agreement, the agreement is subject to approval by the Department of Justice.  The agreement has been submitted to the Department of Justice for such approval.

    3.   Upon approval by the Department of Justice, the parties will jointly file a proposed final order and the settlement agreement.

Dated: January 28, 2011.


Counsel for Plaintiff:

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/s/ Mary F. Kruger
MARY F. KRUGER
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 244607
75 Spring Street, S.W.
Suite 600
Atlanta, Georgia 30303
(404) 581-6168
mary.kruger@usdoj.gov


Counsel for Premium Services:

/s/ Mitchell S. Fuerst
MITCHELL S. FUERST, ESQ.
ANDREW S. ITTLEMAN, ESQ.
FUERST ITTLEMAN, PL
1001 Brickell Bay Drive
Suite 2002
Miami, Florida 33131
(305) 350-5690
aittleman@fuerstlaw.com

/s/ Leslie N. Gaither
LESLIE N. GAITHER
DOW LOHNES PLLC
Six Concourse Parkway
Suite 1800
Atlanta, Georgia 30328
(770) 901-8800
lgaither@dowlohnes.com

Counsel for Mansef, Inc.:

/s/ Susan K. Ross
SUSAN K. ROSS, ESQ.
MITCHELL SILBERBERG & KNUPP
11377 W. Olympic Blvd.
Los Angeles, CA
(310) 312-3206
skr@msk.com

Kyle G.A. Wallace
KYLE G.A. WALLACE
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, Georgia 30309
(404) 881-7000
kyle.wallace@alson.com