IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$5,282,495.03 SEIZED FROM
FIDELITY BANK ACCT, et al.,

    Defendants.

CIVIL ACTION NO.
1:09-CV-3371-JEC

**ORDER**

On January 28, 2011, counsel for both parties advised the Court that they have settled this case and signed a settlement agreement [87]. The parties are unable to finalize the settlement until the Department of Justice formally approves the agreement.

As it has been almost six months since this notification, with no word from the Department of Justice, and as the Court can take no further action on the case in the interim, it **ADMINISTRATIVELY TERMINATES** the action, without prejudice to the right of either party, within **NINETY (90)** days, to reopen the action if settlement is not consummated.

SO ORDERED, this 6 day of JULY, 2011.

JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)