IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO. 1:09-CV-3371-JEC |
| v. | : |
| | : |
| $5,282,495.03 SEIZED FROM | : |
| FIDELITY BANK ACCOUNT X-0691; | : |
| AND $1,100,957.44 SEIZED | : |
| FROM FIDELITY BANK ACCOUNT | : |
| X-0878, | : |
| | : |
| Defendants. | : |

**CONSENT ORDER**

    For good cause, the Motion to Reopen is GRANTED. The Clerk of the Court is directed to reopen this matter.

    IT IS SO ORDERED, this  30th  day of  August , 2011.

                                   /s/ Julie E. Carnes
                                   JULIE E. CARNES
                                   **Chief** United States District Judge
                                   Northern District of Georgia

Prepared by:

Counsel for Plaintiff:
SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*Mary F. Kruger*
MARY F. KRUGER
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 244607
75 Spring Street, S.W.
Suite 600
Atlanta, Georgia 30303
(404) 581-6168
mary.kruger@usdoj.gov