IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO. 1:09-CV-3371-JEC |
| v. | : |
| | : |
| $5,282,495.03 SEIZED FROM | : |
| FIDELITY BANK ACCOUNT X-0691; | : |
| AND $1,100,957.44 SEIZED | : |
| FROM FIDELITY BANK ACCOUNT | : |
| X-0878, | : |
| | : |
| Defendants. | : |

### CONSENT ORDER OF FORFEITURE

On or about October 9, 2009, the United States of America ("United States"), by and through the United States Secret Service, seized $5,282,495.03 from Fidelity Bank Account X-0691, held in the name of Premium Services, LLC, and $1,100,957.44 from Fidelity Bank Account X-0878, also held in the name of Premium Services, LLC (hereafter, collectively, the "Defendant Funds"). On December 1, 2009, the United States filed a Complaint for Forfeiture against the Defendant Funds pursuant to 18 U.S.C. § 981 for violation of 18 U.S.C. § 1960. [Doc. at 1]. In December, the Defendant Funds were arrested in accordance with the rules governing forfeiture actions [Doc. at 2-4]. On December 15, 2009, the United States sent notice of this action to Premium Services, LLC, Mansef, Inc., Mitchell Fuerst, Esq., Susan Kohn Ross, Esq., Stephane Manos, Robert Keezer, and Vishal Sharma. [Doc. at 5-14]. Beginning on January 23, 2010,

1

and for thirty days thereafter, the United States published notice of this civil forfeiture action to all other potentially interested parties on www.forfeiture.gov. [Doc. at 28]. On January 21, 2010 Mansef, Inc. and Premium Services, LLC (collectively "Claimants") asserted an interest to the Defendant Funds, through claims filed with this Court. [Doc. at 15 and 18].

Claimants and the United States have entered into a Settlement Agreement resolving all of the issues raised in this matter. A copy of that agreement is annexed hereto as Exhibit 1. Specifically, the parties have agreed that:

(1) The United States will release a total of $4,150,000.00 of the Defendant Funds to Claimant Mansef, Inc. by electronic funds transfer, in consideration of Claimants' agreement to forfeit to the United States the remainder of the Defendant Funds. Specifically, the United States will release $4,150,000.00 of the $5,282,495.03 seized from Fidelity Bank Account X-0691. Claimants agree to forfeit to the United States all right, title and interest in the $1,100,957.44 seized from Fidelity Bank Account X-0878 and the remaining $1,132,495.03 seized from Fidelity Bank Account X-0691.

(2) This settlement shall constitute a full and final settlement of all claims that Mansef, Inc. and Premium Services, LLC may have as a result of the seizure and they will receive no other payment from the United

States.

**WHEREFORE**, the Court hereby finds that the United States has furnished due and legal notice of this proceeding as required by statute, and that all persons known to the United States to have a possible interest in the Defendant Funds have received notice in this action.

Therefore, IT IS **HEREBY ORDERED** AS FOLLOWS:

1. A Final Judgment of Forfeiture is hereby entered in favor of the United States against $1,100,957.44 seized from Fidelity Bank Account X-0878 and $1,132,495.03 of the $5,282,495.03 seized from Fidelity Bank Account X-0691. The forfeited funds shall be disposed of by the United States according to law and the terms of this Order.

2. The United States shall wire transfer $4,150,000.00 of the $5,282,495.03 seized from Fidelity Bank Account X-0691 to Claimant Mansef, Inc. through its attorney of record, Susan K. Ross, Esq. of MITCHELL SILBERBERG & KNUPP.

3. Mansef, Inc. and Premium Services, LLC shall not be entitled to receive any further payment from the United States as a result of this seizure.

4. The parties shall be responsible for payment of their own expenses, including attorney fees, incurred in connection with this proceeding.

5. This case shall be closed.

SO ORDERED, this 30th day of August 2011.

/s/ Julie E. Carnes
JULIE E. CARNES
United States District Judge
Northern District of Georgia

Agreed and consented to by:

Counsel for Plaintiff:

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

MARY F. KRUGER
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 244607
75 Spring Street, S.W.
Suite 600
Atlanta, Georgia 30303
(404) 581-6168
mary.kruger@usdoj.gov

Counsel for Premium Services:

MITCHELL S. FUERST, ESQ.
ANDREW S. ITTLEMAN, ESQ.
FUERST ITTLEMAN, PL
1001 Brickell Bay Drive
Suite 2002
Miami, Florida 33131
(305) 350-5690
aittleman@fuerstlaw.com

LESLIE N. GAITHER
DOW LOHNES PLLC
Six Concourse Parkway
Suite 1800
Atlanta, Georgia 30328
(770) 901-8800
lgaither@dowlohnes.com

Counsel for Mansef, Inc.:

SUSAN K. ROSS, ESQ.
MITCHELL SILBERBERG & KNUPP
11377 W. Olympic Blvd.
Los Angeles, CA
(310) 312-3206
skr@msk.com

KYLE G.A. WALLACE
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, Georgia 30309
(404) 881-7000
kyle.wallace@alson.com